United States Court of Appeals
Fifth Circuit

**F I L E D**

**January 19, 2007**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 06-50688

_____

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

ALEJANDRO CANO-ZAMBRANO also known as, Jose Lopez-Vizueth

Defendant - Appellant

----------------------
Appeal from the United States District Court for the
Western District of Texas, El Paso
----------------------

Before JOLLY, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM:[*]

IT IS ORDERED that Appellee's unopposed motion to vacate sentence of the district court is GRANTED.

IT IS FURTHER ORDERED that Appellee's unopposed motion to remand case for resentencing is GRANTED.

IT IS FURTHER ORDERED that Appellee's unopposed alternative motion to extend time to file Appellee's brief 30 days from the

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Court's denial of the Appellee's motion to vacate and remand is DENIED AS MOOT.